**EXHIBIT 2:** INFRINGEMENT #1
URL: https://flsentinel.com/62947-2/

