**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #1
URL: https://www.nydailynews.com/new-york/brooklyn/cops-told-teen-freaks-sex-assault-prosecutors-article-1.3599356

